

**BOY SCOUTS OF AMERICA**
HUDSON VALLEY COUNCIL



August 18, 2015

By Facsimile to 212-805-6326
Hon. Colleen McMahon, U.S.D.J.
Courtroom 17C
U.S. District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/15
```

Re: 15 Civ. 6347 (CM) (JCM)

Dear Judge McMahon:

It has come to our attention that the Hudson Valley Council, Boy Scouts of America is to appear for a conference tomorrow morning in Courtroom 17C. To the best of my knowledge, we have not been served with court papers, we have not retained an attorney to represent us and our Scout Executive is in Irving, Texas this week for a conference at the BSA National Office. At this time we have no one to send to this conference. Our office is located in Newburgh, New York. I am not authorized to appear on behalf of the Hudson Valley Council-Boy Scouts of America nor am I authorized to enter into any legal or business commitments. However, based on the above stated reasons and to show our respect to you and to the U.S. District Court, I make this communication.

Very truly yours,

Lucille Proia, Accounting Specialist

*8/18/2015 If you have not been served you should certainly not appear. Thank you for the heads up. I will get to the bottom of this.*

6 Jeanne Drive
Newburgh, NY 12550
Phone: 845-566-7300
Fax:    845-566-7332
www.hudsonvalleyscouting.org

**Prepared. For Life.™**